of ownership thereover and claims title thereto and asked judgment for possession, with certain damages for the withholding by the defendants. Defendant town of Hempstead, by its answer, denied plaintiff's title and further claimed an estoppel as against the plaintiff to dispute the defendant town of Hempstead's title, contending that the plaintiff was the tenant of the said defendant town of Hempstead.

*Leo Fishel* for appellant.

*Alfred T. Davison* and *James K. Foster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

ADOLPH HOLLANDER et al., Appellants, *v.* LIGNUM CHEMICAL WORKS, Respondent.

*Contract — sale — action for failure to deliver — defense that purchasers prevented performance.*

*Hollander v. Lignum Chemical Works*, 205 App. Div. 251, affirmed.

(Argued October 17, 1923; decided November 20, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1923, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury. The action was to recover for an alleged breach of contract of sale by defendant of 50,000 bags of sawdust. The complaint alleged that when the contract was partially performed defendant refused to complete it, there remaining undelivered 26,829 bags. The defense was that plaintiffs prevented performance of the contract.

*Julius Henry Cohen, Theodore B. Richter* and *Kenneth Dayton* for appellants.

*Charles A. Decker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.